■

**COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,**

v.

**Steve V. PAXTON and Cora Belle Paxton,
wife, Appellees.**

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied Sept. 13, 1974.

Carl T. Miller, Jr., Gen. Counsel, Dept. Highways, Perry M. Lewis, Frankfort, Alfred C. Ross, Greenville, for appellant.

L. Allen Rhoads, Rhoads & Baker, Henderson, Jerry P. Rhoads, Chandler & Rhoads, Providence, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**Leroy HOOD, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied May 31, 1974.

Joseph A. Biagi, Shelbyville, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

■

**Robert ROBINSON, Appellant,**

v.

**SWOPE CHRYSLER PLYMOUTH, INC.,
d/b/a Swope Motors–East and Chrysler
Motors Corporation, Appellees.**

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied Sept. 13, 1974.

Buel L. Cox, J. David Borders, Louisville, for appellant.

Charles R. Simpson, III, Richard M. Trautwein, Rubin & Trautwein, Boyce F. Martin, Jr., Winfrey P. Blackburn, Jr., Stites, McElwain & Fowler, Louisville, for appellees.

Memorandum Opinion of the Court by Special Commissioner CHARLES R. RICHARDSON, Affirming.*

■

**Malcolm THACKER and Terrel Thacker, Jr.,
Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied Sept. 13, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile II, Asst. Public Defender, Frankfort, for appellants.

Ed W. Hancock, Atty. Gen., Robert L. Dhenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.